■ HARRY TURNOWSKI, Individually and as Guardian ad Litem of MARK TURNOWSKI, and Another, Infants, et al., Appellants, v. AARON TURNOWSKI, Respondent.— On the call of the calendar, oral motion by appellants to further enlarge the time to perfect the appeal, denied and appeal dismissed. Appellants failed to comply with an order of this court, dated September 21, 1962, requiring them to perfect their appeal for the November 1962 Term. Ughetta, Kleinfeld, Brennan and Hill, JJ., concur; Beldock, P. J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN R. DOHERTY, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated October 5, 1959, requiring him to perfect his appeal for the January 1960 Term. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. DONOVAN, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant and appellant failed to comply with an order of this court, dated September 8, 1960, requiring him to perfect his appeal for the December 1960 Term. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND P. DUROCHER, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. Appellant failed to comply with an order of this court, dated September 14, 1962, requiring him to perfect his appeal for the November 1962 Term. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD JOHNSON, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated March 27, 1962, requiring him to perfect his appeal for the May 1962 Term. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MOSCATO, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated May 28, 1962. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ FRANKLIN ENTERPRISES CORPORATION, Appellant, v. ROBERT B. MOORE et al., Respondents.— On the call of the calendar, upon motion by respondents, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated September 21, 1962, requiring it to perfect its appeal for the November 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.

■ THEODORE LAWRUK, Respondent, v. ALFRED J. WILLIAMS, Appellant.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated August 29, 1962, requiring him to perfect his appeal for the November 1962 Term. The stay heretofore granted is vacated. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.